Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR04-5351FDB |
| v. | ) | ORDER TO CONTINUE SENTENCING |
| THUAN BUI, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on motion of the defendant, and the United States to continue the sentencing date. Having considered the entirety of the records and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The court makes the following findings:

1. The Court finds that failure to grant a continuance would deny the defendant the opportunity to provide further cooperation to the government which the Court could consider at the time of defendant's sentencing.

2. Furthermore, the plea agreement notes that the defendant may be called as a witness at trial

3. The Court finds that the interests of the public and the defendant in an immediate sentencing in this case are outweighed by the ends of justice.

Order to Continue Sentencing/CR04-5351FDB - 1
U.S. v. Thuan Bui

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  IT IS THEREFORE ORDERED that the sentencing hearing in this matter be
2  continued to April 21, 2006.
3  DATED this 27th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
s/ Keith A. MacFie   *
KEITH A. MacFIE
attorney for defendant Bui
*Telephonic approval


s/ James M. Lord
JAMES M. LORD
Assistant United States Attorney


s/ Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney


s/ Matthew H. Thomas
Assistant United States Attorney

Order to Continue Sentencing/CR04-5351FDB - 2
U.S. v. Thuan Bui